■　　In the Matter of IDA GREENSTONE, Petitioner, v. HARRY B. FRANK, Justice of the Supreme Court of the State of New York, County of New York, Respondent.— Application pursuant to article 78 of the CPLR unanimously denied and the petition dismissed, without costs and without disbursements, and without prejudice to move on notice pursuant to CPLR 2307 (subd. [a]). No opinion. Concur — Markewich, J. P., Nunez, Kupferman, Steuer, Capozzoli, JJ.

■　　In the Matter of EUGENE J. ROBSON, an Attorney.— Motion granted and respondent reinstated as an attorney and counselor at law in the State of New York. Concur — Stevens, P. J., McGivern, Steuer, Eager and Capozzoli, JJ.

■　　In the Matter of EMANUEL H. PAVSNER, an Attorney.— Motion granted insofar as to extend to April 26, 1972 the effective date of respondent's suspension from practice as an attorney and counselor at law in the State of New York. Concur — Capozzoli, J. P., Kupferman, Murphy, Steuer and Tilzer, JJ